# MILITARY POLICE REPORT (AR 190-45)

| Military Police Report Number | Date (YYYY/MM/DD) | ORI NUMBER | USACRC CONTROL NUMBER |
|---|---|---|---|
| 00014-00-MPC937 | 24 JAN 2000 | E09053DM | 00-MPC937-0607T-5C2B |

**THRU:**

**TO:** GENERAL MANAGER, AFRC GARMISCH, APO AE 09053

**FROM:** COMMANDER, GARMISCH MP STATION, APO AE 09053

## Section I - Administration

**1. Report Type:**
( ) Information
( ) Traffic
( ) Military Offense
(X) Criminal
( ) Complaint

**2. Status:**
(X) Initial
( ) Supplemental
( ) Cdr's Action

**3. Evaluation:**
(X) Founded
( ) Unfounded

**4a. Complaint Date (YYYY/MM/DD):** 2000/01/19
**4b. Complaint Time (24hr):** 0030

**4c. Complaint Received By:**
( ) In person
( ) 911
( ) CB
(X) Telephone
( ) Mail
( ) Radio
( ) Crime Stoppers
( ) Alarm
( ) Other
Referral by (Specify):

**5a. Clearance Reason:**
( ) A Death of Offender
( ) B Prosecution Declined
( ) C Extradition Declined
( ) D Victim Refused To Cooperate
( ) E Juvenile, No Custody
( ) U Unfounded
( ) X Apprehension

**5b. Exceptional Clearance Date (YYYY/MM/DD):** —/—/—

**6a. MP Action:**
( ) MPI
( ) CID
( ) Civil Authorities
( ) Traffic
( ) Other

**6b. Date Referred (YYYY/MM/DD):** —/—/—

**7. Involvement:**
( ) Hate ( ) Domestic
( ) Death ( ) Gang
( ) Trainee ( ) Extremist

## Section II - Offense (For additional offenses, complete DA Form 3975-1)

| 1a. Offense No. | 1b. Subject No. Involvement | 1c. Victim No. Involvement | 1d. NIBRS Location Code | 1e. ( ) Attempted (X) Completed | 1f. Same Offense Data for All Offense Codes ( ) Yes ( ) No (See 3975-1) |
|---|---|---|---|---|---|
| 001 | 2, 3, 1 | | 14 | | |

**1g. Offense Code(s):** 5C2B

**1h. Offense Description(s):** GCC, SECTION 223, PAGE A-70 BODILY INJURY

**1i. Offense Location Address:** BLDG #309, ABRAMS COMPLEX, APO AE 09053-

**2a. Begin Date (YYYY/MM/DD):** 2000/01/19
**2c. End Date (YYYY/MM/DD):** 2000/01/19
**2b. Begin Time (24hr):** 0015
**2d. End Time (24hr):** 0025

**3. Types of Criminal Activity (Check Up To Three):**
( ) B Buying/Receiving
( ) C Cultivating/Manufacturing/Publishing
( ) D Distributing/Selling
( ) E Exploiting Children
( ) O Operating/Promoting/Assisting
( ) P Possessing/Concealing
( ) T Transporting/Importing
( ) U Using/Consuming

**4. Offense Statutory Basis:**
( ) A UCMJ
( ) B Non-Criminal Fatality
( ) C State
(X) D Local
( ) E Foreign
( ) F Federal, non-UCMJ

**5. Offender Used (Check Up To Three):**
(X) A Alcohol
( ) C Computer Equipment
( ) D Drugs/Narcotics
( ) N Not Applicable

**6. Type of Weapon/Force (Check Up To Three And Whether (F) Fully Automatic, (S) Semi-Automatic, (M) Manual or (U) Unknown):**
( ) 11 Firearm (Unk Type)
( ) 12 Handgun
( ) 13 Rifle
( ) 14 Shotgun
( ) 40 Personal Weapons
( ) 20 Knife/Cutting Instrument
( ) 30 Blunt Object
( ) 35 Motor Vehicle
( ) 50 Poison
( ) 60 Explosives
( ) 65 Fire/Incendiary
( ) 70 Narcotics/Drugs
( ) 85 Asphyxiation
( ) 90 Other (Specify)
( ) 95 Unknown
(X) 99 None

**7. (For Burglary/Housebreaking Only):**
Number of Premises Entered: _____
( ) Forcible Entry
( ) No Forcible Entry

**8. Aggravated Assault/Homicide Circumstances (Check Up to Two):**
( ) 1 Argument
( ) 2 Assault on Law Officer
( ) 3 Drug Dealing
( ) 4 Gangland
( ) 5 Juvenile Gang
( ) 6 Domestic Quarrel
( ) 7 Mercy Killing
( ) 8 Other Felony Involved
( ) 20 Criminal Killed By Private Citizen
( ) 21 Criminal Killed By Law Enforcement
( ) 30 Child Playing With Weapon
( ) 31 Gun Cleaning Accident
( ) 32 Hunting Accident
( ) 33 Other Negligent Wpn Handling
( ) 35 Other Negligent Killings

**9. Additional Justifiable Homicide Circumstances:**
( ) A A criminal attacked police officer and that police officer killed the criminal
( ) B Criminal attacked police officer and was killed by another police officer
( ) C Criminal attacked a civilian
( ) D Criminal attempted flight from a crime
( ) E Criminal killed in commission of a crime
( ) F Criminal resisted arrest
( ) G Unable to determine

**10. Bias Motivation (As Applicable):** ( ) Yes ( ) No (X) Unknown

### National Incident Based Reporting System (NIBRS) Location Codes

| | | | |
|---|---|---|---|
| 01 Air/Bus/Train Terminal | 08 Dept/Discount Store/Exchange | 15 Jail/Prison/Corrections Facility | 22 School/College |
| 02 Bank/Credit Union | 09 Drug Store/Hospital/Clinic | 16 Lake/Waterway/Ocean | 23 Service/Gas Station |
| 03 Bar/Officer/NCO Club | 10 Field/Woods/Training Area | 17 Liquor Store/Class VI | 24 Specialty Store/Concessionaire |
| 04 Church/Synagogue/Temple | 11 Government/Public Building | 18 Motor Pool/Parking Lot/Garage | 25 Child Care Facility/Home Day Care |
| 05 Commercial Office Building | 12 Grocery Store/Commissary | 19 Rental/Storage Facility | 26 Recreation Area/Park |
| 06 Construction Site | 13 Highway/Road/Alley/Street | 20 Residence/Quarters/Barracks/BEQ/BOQ | 27 Training Center/Service School |
| 07 Convenience Store/Shoppette | 14 Hotel/Motel/VAQ/VEQ/TLQ | 21 Restaurant/Dining Facility | 28 On Board Ship |

For use of this form see AR 190-45, the proponent agency is ODCSOPS
**AUTHORITY:** Title 10 United States Code Section 301; Title 5 United States Code Section 2951, Executive Order 9397 dated November 22, 1943 (SSN)
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with the means by which information may be accurately identified
**ROUTINE USES:** Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval
**DISCLOSURES:** Disclosure of your Social Security Number is voluntary

DA FORM 3975, DEC 1998    00014-00-MPC937    DA FORM 3975, MAY 88, IS OBSOLETE    Page 1 of 10 Pages

**FOR OFFICIAL USE ONLY**

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section III - Subject (For additional subjects, complete DA Form 3975-2)

| 1a. Subject No: 1 | 1b. Name (Last, First, Middle Name, Jr., Sr., III): CONLEY, NEIL JOSEF | 1c. SSN/FIN/Foreign Reg No: | 1d. Protected Identity: ( ) |
|---|---|---|---|

| 1e. Category: | 1f. DOB (YYYY/MM/DD): | 1g. POB: City, State, Country: ZANESVILE, OH US | 1h. Grade: NA-3 | 1i. Home Phone: | 1j. Work Phone: 440-2844 |
|---|---|---|---|---|---|

1e. Category:
( ) A Army
( ) C Coast Guard
( ) F Air Force
( ) H Public Health
( ) M Marine
( ) N Navy
( ) O NOAA
( ) P Family Member
( ) Q Civil Service
(X) R Civilian
( ) S Contractor
( ) T Other Gov. Empl.
( ) U Foreign Nat'l Empl.
( ) V Other Foreign Nat'l
( ) W Retired Military

1k. Nicknames/Alias:

1l. Citizenship: (X) US ( ) Resident Alien ( ) Country (Specify):

1m. Component: ( ) G Nat'l Guard ( ) R Regular ( ) V Reserves

1n. Drivers Lic. Number:

1o. Is License ( ) FR Foreign ( ) IT International ( ) State (Specify):

| 2a. Organization, UIC, And Street Address: W4RH01 ARMED FORCES RECREATION | 2b. Installation/City: APO | 2d. Zip/APO: 09053 |
| | 2c. State/Country: AE | 2e. Unit Phone: |

| 3a. Residence Street Address: ABRAMS COMPLEX, RM 285 | 3b. Installation/City: GARMISCH | 3d. Zip/APO: 09053 |
| | 3c. State/Country: GE | |

| 4a. Hair Color: | (X) Brown ( ) Blond ( ) Black ( ) Gray ( ) Red ( ) White ( ) Other (Specify): |
| 4b. Eye Color: | ( ) Brown ( ) Black ( ) Gray (X) Blue ( ) Green ( ) Hazel ( ) Violet |
| 4c. Complexion: | ( ) Albino ( ) Black ( ) Dark ( ) Dark Brn ( ) Fair (X) Light ( ) Light Brn ( ) Medium ( ) Medium Brn ( ) Ruddy ( ) Yellow ( ) Sallow ( ) Olive |

| 4d. Age Range (Specify): | 4e. Height: 74 | 4f. Weight: 185 | 5. Juvenile: ( ) Yes (X) No | 6. Sex: (X) Male ( ) Female ( ) Unknown |

| 7. Race | 8. Ethnicity | 9. Identifying Marks And Location: NONE VISIBLE | 11. Offender's Disposition: PROCESSED AND RELEASED |
|---|---|---|---|
| ( ) A Asian/Pac. Islander ( ) B Black ( ) I American Indian/ Alaskan Native (X) W White ( ) U Unknown | ( ) H Hispanic (X) N Not of Hispanic Origin ( ) U Unknown | 10. How Dressed at Time of Incident (Clothing, Materials, Colors): CIVILIAN ATTIRE | |

12. Security Clearance: (X) None ( ) Confidential ( ) Secret ( ) Top Secret ( ) Other (Specify):

13. Marital Status: ( ) Annulled ( ) Divorced ( ) Divorce Decree, Not Finalized ( ) Legally Separated ( ) Married (X) Single ( ) Widowed

| 14. Subject Armed With (Check Up To Two And Whether (F) Fully Automatic, (M) Manual, (S) Semi-Automatic or (U) Unknown). | 15a. Subject Involvement: ( ) Accessory ( ) Conspiracy (X) Principle ( ) Solicit | 15b. Apprehension Type: (X) Military ( ) Surrender ( ) Civil Authorities ( ) Other (Specify): |
|---|---|---|
| (X) 1 Unarmed ( ) 11 Firearm (Unk Type) ( ) 12 Hand Gun ____ ( ) 13 Rifle ____ ( ) 14 Shotgun ____ ( ) 15 Other Firearm (Specify Below) ____ ( ) 16 Lethal Cutting Instrument ( ) 17 Club/Blackjack/Knuckles | | 15c. Apprehension Date (YYYY/MM/DD): 2008/01/18 | 15d. Apprehension PMO (UIC/MPC): WCAXAA | 15e. Detention Type: ( ) N Non-Uniformed Svc (X) U Uniformed Svc. |
| | 15f. How Dressed At Time of Apprehension: CIVILIAN ATTIRE | | | |

| 15g. Disposition Of Person Under 18 Years: ( ) H Handled Internally ( ) R Referred to Other Authorities (Specify): | 15h. FBI Form 249 Submitted: ( ) Yes (X) No | 15i. FBI Form R-84 Submitted: ( ) Yes (X) No |

| 16a. Involvement: ( ) Alcohol ( ) Drug (X) None | 16b. Alcohol/Drug Test Results: .03% |

16c. Illness/Injury:

16d. Alcohol/Drug Involvement Remarks:

| 17a. Chemical Test Type: ( ) Blood Test ( ) Breathalyzer ( ) Saliva Test ( ) Urine Test ( ) Other |

17b. Drug Type:

( ) A "Crack" Cocaine
( ) B Cocaine
( ) C Hashish
( ) D Heroin
( ) E Marijuana
( ) F Morphine
( ) G Opium
( ) H Other Narcotics
( ) I LSD
( ) J PCP
( ) K Other Hallucinogens
( ) L Amphetamines/Methamphetamines
( ) M Other Stimulants
( ) N Barbiturates
( ) O Other Depressants
( ) P Other Drugs
( ) Q Steriods
( ) U Unknown Type Drug

| 17c. Drug Test and Measurement (i.e.: parts per million, cubic centimeters, etc.) | 17d. Drug Detection By Other Law Enforcement Means: ( ) Yes ( ) No |

PAGE 2, DA FORM 3975, DEC 1998     00014-00-MPC937     Page 2 of 10 Pages

**FOR OFFICIAL USE ONLY**

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section III - Additional Subjects

**1a. Subject No:** 2
**1b. Name (Last, First, Middle Name, Jr., Sr., III):** LARSON, JONATHAN ONEILL
**1c. SSN/FN/Alien Reg No:** [redacted]
**1d. Protected Identity:** ( )

**1e. Category:**
- ( ) A Army
- ( ) C Coast Guard
- ( ) F Air Force
- ( ) H Public Health
- ( ) M Marine
- ( ) N Navy
- ( ) O NOAA
- ( ) P Family Member
- ( ) Q Civil Service
- (X) R Civilian
- ( ) S Contractor
- ( ) T Other Gov. Empl.
- ( ) U Foreign Nat'l Empl.
- ( ) V Other Foreign Nat'l
- ( ) W Retired Military

**1f. DOB (YYYY/MM/DD):** [redacted]
**1g. POB:** SANDPOINT, ID US
**1h. Grade:** NA-3
**1i. Home Phone:**
**1j. Work Phone:**

**1k. Nicknames/Alias:**
**1l. Citizenship:** (X) US ( ) Resident Alien ( ) Country (Specify):
**1m. Component:** ( ) G Nat'l Guard ( ) R Regular ( ) V Reserves
**1n. Drivers Lic. Number:**
**1o. Is License** ( ) FR Foreign ( ) IT International ( ) State (Specify)

**2a. Organization, UIC, And Street Address:** W4RH01 ARMED FORCES RECREATION
**2b. Installation/City:** APO
**2c. State/Country:** AE
**2d. Zip/APO:** 09053
**2e. Unit Phone:**

**3a. Residence Street Address:** WAIDHEIM BLDG, RM 418
**3b. Installation/City:** CHIEMSEE
**3c. State/Country:** GE
**3d. Zip/APO:** 09098

**4a. Hair Color:** ( ) Brown ( ) Blond ( ) Black ( ) Gray (X) Red ( ) White ( ) Other (Specify):
**4b. Eye Color:** (X) Brown ( ) Black ( ) Gray ( ) Blue ( ) Green ( ) Hazel ( ) Violet
**4c. Complexion:** ( ) Albino ( ) Black ( ) Dark ( ) Dark Brn ( ) Fair (X) Light ( ) Light Brn ( ) Medium ( ) Medium Brn ( ) Ruddy ( ) Yellow ( ) Sallow ( ) Olive
**4d. Age Range (Specify):** 0 - 0
**4e. Height:** 73
**4f. Weight:** 200
**5. Juvenile:** ( ) Yes (X) No
**6. Sex:** (X) Male ( ) Female ( ) Unknown

**7. Race:**
- ( ) A Asian/Pac. Islander
- ( ) B Black
- ( ) I American Indian/Alaskan Native
- (X) W White
- ( ) U Unknown

**8. Ethnicity:**
- ( ) H Hispanic
- ( ) N Not of Hispanic Origin
- (X) U Unknown

**9. Identifying Marks And Location:** NONE VISIBLE
**10. How Dressed at Time of Incident (Clothing, Materials, Colors):** CIVILIAN ATTIRE
**11. Offender's Disposition:** PROCESSED AND RELEASED

**12. Security Clearance:** (X) None ( ) Confidential ( ) Secret ( ) Top Secret ( ) Other (Specify):
**13. Marital Status:** ( ) Annulled ( ) Divorced ( ) Divorce Decree, Not Finalized ( ) Legally Separated ( ) Married (X) Single ( ) Widowed

**14. Subject Armed With (Check Up To Two And Whether (F) Fully Automatic, (M) Manual, (S) Semi-Automatic or (U) Unknown):**
- (X) 1 Unarmed
- ( ) 11 Firearm (Unk Type)
- ( ) 12 Hand Gun
- ( ) 13 Rifle
- ( ) 14 Shotgun
- ( ) 15 Other Firearm (Specify Below)
- ( ) 16 Lethal Cutting Instrument
- ( ) 17 Club/Blackjack/Knuckles

**15a. Subject Involvement:** ( ) Accessory ( ) Conspiracy (X) Principle ( ) Solicit
**15b. Apprehension Type:** (X) Military ( ) Surrender ( ) Civil Authorities ( ) Other (Specify)
**15c. Apprehension Date (YYYY/MM/DD):** 2000/01/19
**15d. Apprehension PMO (UIC/MPC):** WCAXAA
**15e. Detention Type:** ( ) N Non-Uniformed Svc (X) U Uniformed Svc
**15f. How Dressed At Time of Apprehension:** CIVILIAN ATTIRE

**15g. Disposition Of Person Under 18 Years (Specify):** ( ) H Handled Internally ( ) R Referred to Other Authorities
**15h. FBI Form 249 Submitted:** ( ) Yes (X) No
**15i. FBI Form R-84 Submitted:** ( ) Yes (X) No

**16a. Involvement:** (X) Alcohol ( ) Drug ( ) None
**16b. Alcohol/Drug Test Results:** .07%
**16c. Illness/Injury:**
**16d. Alcohol/Drug involvement Remarks:**

**17a. Chemical Test Type:** ( ) Blood Test ( ) Breathalyzer ( ) Saliva Test ( ) Urine Test ( ) Other
**17b. Drug Type:**
- ( ) A "Crack" Cocaine
- ( ) B Cocaine
- ( ) C Hashish
- ( ) D Herion
- ( ) E Marijuana
- ( ) F Morphine
- ( ) G Opium
- ( ) H Other Narcotics
- ( ) I LSD
- ( ) J PCP
- ( ) K Other Hallucinogens
- ( ) L Amphetamines/Methamphetamines
- ( ) M Other Stimulants
- ( ) N Barbiturates
- ( ) O Other Depressants
- ( ) P Other Drugs
- ( ) Q Steriods
- ( ) U Unknown Type Drug

**17c. Drug Test and Measurement (i.e.: parts per million, cubic centimeters, etc.)**
**17d. Drug Detection By Other Law Enforcement Means:** ( ) Yes ( ) No

This form is a continuation of SECTION III, DA Form 3975.
Please attach it to DA Form 3975 when completed.
For use of this form see AR 190-45; the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT
**AUTHORITY:** Title 10 United States Code Section 301; Title 5 United States Code Section 2951; Executive Order 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified
**ROUTINE USES:** Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURES:** Disclosure of your Social Security Number is voluntary.

DA FORM 3975-2, DEC 1998    00014-00-MPC937    **FOR OFFICIAL USE ONLY**    Page 6 of 10 Pages

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section III - Additional Subjects

**1a. Subject No:** 3
**1b. Name (Last, First, Middle Name, Jr., Sr., III):** EDWARDS, NATHAN THOMAS
**1c. SSN/FN/Alien Reg No:** [redacted]
**1d. Protected Identity:** ( )

**1e. Category:**
- ( ) A Army
- ( ) C Coast Guard
- ( ) F Air Force
- ( ) H Public Health
- ( ) M Marine
- ( ) N Navy
- ( ) O NOAA
- ( ) P Family Member
- ( ) Q Civil Service
- (X) R Civilian
- ( ) S Contractor
- ( ) T Other Gov. Empl.
- ( ) U Foreign Nat'l Empl.
- ( ) V Other Foreign Nat'l
- ( ) W Retired Military

**1f. DOB (YYYY/MM/DD):** [redacted]
**1g. POB: City, State, Country:** SPOKANE, WA D USUS
**1h. Grade:** NA-3
**1i. Home Phone:** 08051 8030
**1j. Work Phone:**

**1k. Nicknames/Alias:**
**1l. Citizenship:** (X) US ( ) Resident Alien ( ) Country (Specify):
**1m. Component:** ( ) G Nat'l Guard ( ) R Regular ( ) V Reserves
**1n. Drivers Lic. Number:**
**1o. Is License** ( ) FR Foreign ( ) IT International ( ) State (Specify) _____

**2a. Organization, UIC, And Street Address:** W4RH01 ARMED FORCES RECREATION
**2b. Installation/City:** APO
**2c. State/Country:** AE
**2d. Zip/APO:** 09063
**2e. Unit Phone:**

**3a. Residence Street Address:** ANNEX RM #114
**3b. Installation/City:** CHIEMSEE
**3c. State/Country:** GE
**3d. Zip/APO:** 09098

**4a. Hair Color:** (X) Brown ( ) Blond ( ) Black ( ) Gray ( ) Red ( ) White ( ) Other (Specify)
**4b. Eye Color:** ( ) Brown ( ) Black ( ) Gray ( ) Blue (X) Green ( ) Hazel ( ) Violet
**4c. Complexion:** ( ) Albino ( ) Black ( ) Dark ( ) Dark Brn (X) Fair ( ) Light ( ) Light Brn ( ) Medium ( ) Medium Brn ( ) Ruddy ( ) Yellow ( ) Sallow ( ) Olive
**4d. Age Range (Specify):** 0 - 0
**4e. Height:** 73
**4f. Weight:** 185
**5. Juvenile:** ( ) Yes (X) No
**6. Sex:** (X) Male ( ) Female ( ) Unknown

**7. Race:**
- ( ) A Asian/Pac. Islander
- ( ) B Black
- ( ) I American Indian/Alaskan Native
- (X) W White
- ( ) U Unknown

**8. Ethnicity:**
- ( ) H Hispanic
- ( ) N Not of Hispanic Origin
- (X) U Unknown

**9. Identifying Marks And Location:** NONE VISIBLE

**10. How Dressed at Time of Incident (Clothing, Materials, Colors):** CIVILIAN ATTIRE

**11. Offender's Disposition:** PROCESSED AND RELEASED

**12. Security Clearance:** (X) None ( ) Confidential ( ) Secret ( ) Top Secret ( ) Other (Specify):

**13. Marital Status:** ( ) Annulled ( ) Divorced ( ) Divorce Decree, Not Finalized ( ) Legally Separated ( ) Married (X) Single ( ) Widowed

**14. Subject Armed With (Check Up To Two And Whether (F) Fully Automatic, (M) Manual, (S) Semi-Automatic or (U) Unknown):**
- (X) 1 Unarmed
- ( ) 11 Firearm (Unk Type)
- ( ) 12 Hand Gun ____
- ( ) 13 Rifle ____
- ( ) 14 Shotgun ____
- ( ) 15 Other Firearm (Specify Below) ____
- ( ) 16 Lethal Cutting Instrument
- ( ) 17 Club/Blackjack/Knuckles

**15a. Subject Involvement:**
- ( ) Accessory
- ( ) Conspiracy
- (X) Principle
- ( ) Solicit

**15b. Apprehension Type:** (X) Military ( ) Surrender ( ) Civil Authorities ( ) Other (Specify):
**15c. Apprehension Date (YYYY/MM/DD):** 2000/01/19
**15d. Apprehension PMO (UIC/MPC):** WCAXAA
**15e. Detention Type:** ( ) N Non-Uniformed Svc (X) U Uniformed Svc.

**15f. How Dressed At Time of Apprehension:** CIVILIAN ATTIRE

**15g. Disposition Of Person Under 18 Years:** ( ) H Handled Internally ( ) R Referred to Other Authorities (Specify):
**15h. FBI Form 249 Submitted:** ( ) Yes (X) No
**15i. FBI Form R-84 Submitted:** ( ) Yes (X) No

**16a. Involvement:** (X) Alcohol ( ) Drug ( ) None
**16b. Alcohol/Drug Test Results:** .03%
**16c. Illness/Injury:**
**16d. Alcohol/Drug Involvement Remarks:**

**17a. Chemical Test Type:** ( ) Blood Test ( ) Breathalyzer ( ) Saliva Test ( ) Urine Test ( ) Other

**17b. Drug Type:**
- ( ) A "Crack" Cocaine
- ( ) B Cocaine
- ( ) C Hashish
- ( ) D Heroin
- ( ) E Marijuana
- ( ) F Morphine
- ( ) G Opium
- ( ) H Other Narcotics
- ( ) I LSD
- ( ) J PCP
- ( ) K Other Hallucinogens
- ( ) L Amphetamines/Methamphetamines
- ( ) M Other Stimulants
- ( ) N Barbiturates
- ( ) O Other Depressants
- ( ) P Other Drugs
- ( ) Q Steroids
- ( ) U Unknown Type Drug

**17c. Drug Test and Measurement (i.e.: parts per million, cubic centimeters, etc.):**
**17d. Drug Detection By Other Law Enforcement Means:** ( ) Yes ( ) No

This form is a continuation of SECTION III, DA Form 3975.
Please attach it to DA Form 3975 when completed.
For use of this form see AR 190-45, the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT
**AUTHORITY:** Title 10 United States Code Section 301; Title 5 United States Code Section 2951; Executive Order 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified
**ROUTINE USES:** Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURES:** Disclosure of your Social Security Number is voluntary.

DA FORM 3975-2, DEC 1998    00014-00-MPC937    Page 7 of 10 Pages

**FOR OFFICIAL USE ONLY**

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section IV - Victim   (For additional victims, complete DA Form 3975-3)

| 1a. Victim No: | 1b. Name (last, First, Middle Name, JR., Sr., III): | 1c. SSN/FNN/Alien Reg No: | 1d. Protected Identity: ( ) |
|---|---|---|---|

| 1e. Category: | 1f. DOB (YYYY/MM/DD): | 1g. POB: City, State, Country: | | 1h. Grade | 1i. Home Phone: | 1j. Work Phone: |
|---|---|---|---|---|---|---|
| ( ) A Army | | | | | | |
| ( ) C Coast Guard | 1k. Nicknames/Alias: | | 1l. Citizenship: ( ) US    ( ) Resident Alien | | | |
| ( ) F Air Force | | | ( ) Country (Specify): | | | |
| ( ) H Public Health | | | 1m. Component: ( ) G Nat'l Guard  ( ) R Regular  ( ) V Reserves | | | |
| ( ) M Marine | | | | | | |
| ( ) N Navy | 1n. Drivers Lic. Number: | | 1o. Is License ( ) FR Foreign    ( ) IT International | | | |
| ( ) O NOAA | | | ( ) State (Specify) _____ | | | |
| ( ) P Family Member | | | | | | |
| ( ) Q Civil Service | 2a. Organization, UIC, And Street Address: | | 2b. Installation/City: | | 2d. Zip/APO: | |
| ( ) R Civilian | | | | | | |
| ( ) S Contractor | | | 2c. State/Country: | | 2e. Unit Phone: | |
| ( ) T Other Gov. Empl. | | | | | | |
| ( ) U Foreign Nat'l Empl. | 3a. Residence Street Address: | | 3b. Installation/City: | | 3d. Zip/APO: | |
| ( ) V Other Foreign Nat'l | | | | | | |
| ( ) W Retired Military | | | 3c. State/Country: | | | |

| 4a. Type Of Victim: | | 4b. Sex: | 4c. Age: | 4d. Race | 4e. Ethnicity |
|---|---|---|---|---|---|
| ( ) B Business | ( ) R Religious Org. | ( ) Male | ( ) Under 24 Hours | ( ) A Asian/Pac. Islander | ( ) H Hispanic |
| ( ) F Financial | ( ) S Society/Public | ( ) Female | ( ) 1-6 Days Old | ( ) B Black | ( ) N Not of |
| ( ) G Govt. | ( ) Other | ( ) Unknown | ( ) 7-364 Days Old | ( ) I American Indian/Alaskan Native | Hispanic Origin |
| ( ) I Individual | ( ) Unknown | | ____ Years Old | ( ) W White | ( ) U Unknown |
| | | | ( ) Age Range (Specify): | ( ) U Unknown | |

5. Bias Motivation: ( ) Yes  ( ) No
(Check Applicable Bias')
( ) AA Anti-Atheist/Agnostic      ( ) AH Anti-Black           ( ) AQ Anti-Male Homosexual     ( ) AY Anti-Other Religions
( ) AB Anti-Alaskan Native        ( ) AI Anti-Catholic        ( ) AR Anti-Multi-Racial Group   ( ) AZ Anti-Other Ethnicity
( ) AC Anti-American Indian       ( ) AK Anti-Female Homosexual ( ) AS Anti-Multi-Religious Group ( ) BA Anti-Mental Disability
( ) AD Anti-Arab                  ( ) AL Anti-Heterosexual    ( ) AT Anti-Pacific Islander    ( ) BB Anti-Physical Disability
( ) AE Anti-Asian                 ( ) AM Anti-Hispanic        ( ) AU Anti-Protestant          ( ) BC Sexual Harassment
( ) AG Anti-Bisexual              ( ) AN Anti-Islamic (Moslem) ( ) AV Anti-White              ( ) AX Unknown Bias
                                  ( ) AO Anti-Jewish          ( ) AW Anti-Homosexual Bias

| 6. Relationship Of Victim To Offender (For Multiple Offender Relationship, Enter the Subject's Number.): | | | 7. Victim Involvement: | 8. Injury Type (Check Up To Five): |
|---|---|---|---|---|
| ( ) AA Spouse | ( ) AV Step-Sibling | ( ) BL Homosexual Relationship | ( ) Accessory | ( ) B Broken Bones |
| ( ) AB Child | ( ) AZ Friend | ( ) BN Extended Family | | ( ) I Possible Internal |
| ( ) AC Sibling | ( ) BA Neighbor | ( ) BY Employee | ( ) Conspiracy | ( ) L Severe Laceration |
| ( ) AD Parent | ( ) BB Com. Law Spouse | ( ) BZ Employer | | ( ) M Minor Injury |
| ( ) AE Parent-In-Law | ( ) BC Acquaintance | ( ) BX Stranger | ( ) Principle | ( ) O Major Injury |
| ( ) AF Step Child | ( ) BD Baby-Sittee (baby) | ( ) CA Otherwise Known | | ( ) T Tooth Loss |
| ( ) AG Grandparent | ( ) BE Boy/Girlfriend | ( ) CB Otherwise Unknown | ( ) Solicit | ( ) U Unconsciousness |
| ( ) AH Step-Parent | ( ) BF Child of Boy/Girlfriend | ( ) VO Offender | | ( ) Z None |
| ( ) AK Grandchild | ( ) BH Former Spouse | | | |

| 9a. DD Form 2701 Provided Victim: ( ) Yes  ( ) No | 9b. If Not Provided, Why Not?  ( ) Declined  ( ) Not Required |
|---|---|

## Section V - Persons Related To Report   (For additional persons related to report, complete DA Form 3975-4)

| 1a. Person Related To Report Number: 1 | 1b. Status:  ( ) Civil Authorities  ( ) Complaint  ( ) Military Police  ( ) Sponsor  (X) Witness | | | |
|---|---|---|---|---|
| 1c. Name (Last, First, Middle Name, JR., Sr., III): **EOFF, TRAVIS LUKE** | | 1d. SSN/FNN/Alien Reg No: ____0 | 1e. Citizenship: (X) US  ( ) Resident Alien  ( ) Country (Specify): | |

| 1f. Category: | 1g. DOB (YYYY/MM/DD): | 1h. POB: City, State, Country: | 1i. Grade | 1j. Home Phone: | 1k. Work Phone: |
|---|---|---|---|---|---|
| ( ) A Army | | SALEM, OR US | NA-3 | | |
| ( ) C Coast Guard | 1l. Nicknames/Alias: | | 1m. Component: ( ) G Nat'l Guard | | |
| ( ) F Air Force | | | ( ) R Regular | | |
| ( ) H Public Health | | | ( ) V Reserves | | |
| ( ) M Marine | | | | | |
| ( ) N Navy | 1n. Drivers Lic. Number: | | 1o. Is License ( ) Foreign  ( ) International  ( ) State ____ Other (Specify): | | |
| ( ) O NOAA | | | | | |
| ( ) P Family Member | | | | | |
| ( ) Q Civil Service | 2a. Organization, UIC, And Street Address: | | 2b. Installation/City: APO | 2d. Zip/APO: 09053 | |
| (X) R Civilian | W4RH01    ARMED FORCES RECREATION | | 2c. State/Country: AE | 2e. Unit Phone: | |
| ( ) S Contractor | | | | | |
| ( ) T Other Gov. Empl. | | | | | |
| ( ) U Foreign Nat'l Empl. | 3a. Residence Street Address: | | 3b. Installation/City: CHIEMSEE | 3d. Zip/APO: 09098 | |
| ( ) V Other Foreign Nat'l | WALDHEIM RM# 418 | | 3c. State/Country: GE | | |
| ( ) W Retired Military | | | | | |

| 4a. DD Form 2701 Provided Witness: (X) Yes  ( ) No | 4b. If Not Provided, Why Not?  ( ) Declined  ( ) Not Required |
|---|---|

5. Number of Victims ( 0 ) and Witnesses ( 3 ) Notified with DD Form 2701

PAGE 3, DA FORM 3975, DEC 1998    00014-00-MPC937                                    Page 3 of 10 Pages

FOR OFFICIAL USE ONLY

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section V - Additional Persons Related To Report

| 1a. Person Related To Report Number: 2 | 1b. Status: ( ) Civil Authorities ( ) Complaint ( ) Military Police ( ) Sponsor ( X ) Witness |
|---|---|

| 1c. Name (Last, First, Middle Name, JR., Sr., III): BARROFET, JORGE DEJESUS | 1d. SSN/FNN/Alien Reg No: | 1e. Citizenship: ( X ) US ( ) Resident Alien ( ) Country (Specify): |
|---|---|---|

| 1f. Category: <br> ( ) A Army <br> ( ) C Coast Guard <br> ( ) F Air Force <br> ( ) H Public Health <br> ( ) M Marine <br> ( ) N Navy <br> ( ) O NOAA <br> ( ) P Family Member <br> ( ) Q Civil Service <br> ( X ) R Civilian <br> ( ) S Contractor <br> ( ) T Other Gov. Empl. <br> ( ) U Foreign Nat'l Empl. <br> ( ) V Other Foreign Nat'l <br> ( ) W Retired Military | 1g. DOB (YYYY/MM/DD): | 1h. POB: City, State, Country: CHICAGO, IL US | 1i. Grade NA-3 | 1j. Home Phone: | 1k. Work Phone: 4402691 |
|---|---|---|---|---|---|
| | 1l. Nicknames/Alias: | | | 1m. Component: ( ) G Nat'l Guard ( ) R Regular ( ) V Reserves | |
| | 1n. Drivers Lic. Number: | | 1o. Is License ( ) Foreign ( ) International ( ) State ____ Other (Specify): | | |
| | 2a. Organization, UIC, And Street Address: W4RH01 ARMED FORCES RECREATION | | 2b. Installation/City: APO | | 2d. Zip/APO: 09053 |
| | | | 2c. State/Country: AE | | 2e. Unit Phone: |
| | 3a. Residence Street Address: ABRAMS COMPLEX RM #134 | | 3b. Installation/City: GARMISCH | | 3d. Zip/APO: 09053 |
| | | | 3c. State/Country: GE | | |

| 4a. DD Form 2701 Provided Witness: ( X ) Yes ( ) No | 4b. If Not Provided, Why Not? ( ) Declined ( ) Not Required |
|---|---|

## Additional Persons Related To Report

| 1a. Person Related To Report Number: 3 | 1b. Status: ( ) Civil Authorities ( ) Complaint ( ) Military Police ( ) Sponsor ( X ) Witness |
|---|---|

| 1c. Name (Last, First, Middle Name, JR., Sr., III): PERRY, LANCE DANIEL | 1d. SSN/FNN/Alien Reg No: | 1e. Citizenship: ( X ) US ( ) Resident Alien ( ) Country (Specify): |
|---|---|---|

| 1f. Category: <br> ( ) A Army <br> ( ) C Coast Guard <br> ( ) F Air Force <br> ( ) H Public Health <br> ( ) M Marine <br> ( ) N Navy <br> ( ) O NOAA <br> ( ) P Family Member <br> ( ) Q Civil Service <br> ( X ) R Civilian <br> ( ) S Contractor <br> ( ) T Other Gov. Empl. <br> ( ) U Foreign Nat'l Empl. <br> ( ) V Other Foreign Nat'l <br> ( ) W Retired Military | 1g. DOB (YYYY/MM/DD): | 1h. POB: City, State, Country: LEWISTON, ID US | 1i. Grade NA-3 | 1j. Home Phone: | 1k. Work Phone: |
|---|---|---|---|---|---|
| | 1l. Nicknames/Alias: | | | 1m. Component: ( ) G Nat'l Guard ( ) R Regular ( ) V Reserves | |
| | 1n. Drivers Lic. Number: | | 1o. Is License ( ) Foreign ( ) International ( ) State ____ Other (Specify): | | |
| | 2a. Organization, UIC, And Street Address: W4RH01 ARMED FORCES RECREATION | | 2b. Installation/City: APO | | 2d. Zip/APO: 09053 |
| | | | 2c. State/Country: AE | | 2e. Unit Phone: |
| | 3a. Residence Street Address: WAIDHEIM RM#419 | | 3b. Installation/City: CHIEMSEE | | 3d. Zip/APO: 09098 |
| | | | 3c. State/Country: GE | | |

| 4a. DD Form 2701 Provided Witness: ( X ) Yes ( ) No | 4b. If Not Provided, Why Not? ( ) Declined ( ) Not Required |
|---|---|

**This form is a continuation of SECTION V, DA Form 3975.**
**Please attach it to DA Form 3975 when completed.**
For use of this form see AR 190-45; the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 United States Code Section 301; Title 5 United States Code Section 2951; Executive Order 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified
**ROUTINE USES:** Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURES:** Disclosure of your Social Security Number is voluntary.

DA FORM 3975-4, DEC 1998        00014-00-MPC937        Page 8 of 10 Pages

**FOR OFFICIAL USE ONLY**

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section V - Additional Persons Related To Report

| 1a. Person Related To Report Number: | 4 | 1b. Status: | ( ) Civil Authorities | ( X ) Complaint | ( ) Military Police | ( ) Sponsor | ( ) Witness |
|---|---|---|---|---|---|---|---|

| 1c. Name (Last, First, Middle Name, JR., Sr., III): STEWART, SHANE KEITH | 1d. SSN/FNN/Alien Reg No: [redacted] | 1e. Citizenship: ( X ) US ( ) Resident Alien ( ) Country (Specify): US |
|---|---|---|

| 1f. Category:<br>( ) A Army<br>( ) C Coast Guard<br>( ) F Air Force<br>( ) H Public Health<br>( ) M Marine<br>( ) N Navy<br>( ) O NOAA<br>( ) P Family Member<br>( ) Q Civil Service<br>( ) R Civilian<br>( ) S Contractor<br>( ) T Other Gov. Empl.<br>( ) U Foreign Nat'l Empl.<br>( ) V Other Foreign Nat'l<br>( ) W Retired Military | 1g DOB (YYYY/MM/DD): [redacted] | 1h. POB: City, State, Country: ANDERSON, IN US | 1i. Grade NA-3 | 1j. Home Phone: 01712360507 | 1k. Work Phone: |
| | 1l. Nicknames/Alias: | | | 1m. Component: ( ) G Nat'l Guard<br>( ) R Regular<br>( ) V Reserves | |
| | 1n. Drivers Lic. Number: | | 1o. Is License ( ) Foreign ( ) International ( ) State ____ Other (Specify): | | |
| | 2a. Organization, UIC, And Street Address:<br>W4RH01  ARMED FORCES RECREATION | 2b. Installation/City: APO | 2d. Zip/APO: 09053 | | |
| | | 2c. State/Country: AE | 2e. Unit Phone: | | |
| | 3a. Residence Street Address:<br>AFRC GARMISCH | 3b. Installation/City: UNIT 24501 APO | 3d. Zip/APO: 09053 | | |
| | | 3c. State/Country: AE | | | |

| 4a. DD Form 2701 Provided Witness: ( ) Yes ( X ) No | 4b. If Not Provided, Why Not? ( ) Declined ( ) Not Required |
|---|---|

### Additional Persons Related To Report

| 1a. Person Related To Report Number: | 5 | 1b. Status: | ( ) Civil Authorities | ( ) Complaint | ( X ) Military Police | ( ) Sponsor | ( ) Witness |
|---|---|---|---|---|---|---|---|

| 1c. Name (Last, First, Middle Name, JR., Sr., III): PURSER, SCOT MELTON | 1d. SSN/FNN/Alien Reg No: [redacted] | 1e. Citizenship: ( X ) US ( ) Resident Alien ( ) Country (Specify): |
|---|---|---|

| 1f. Category:<br>( X ) A Army<br>( ) C Coast Guard<br>( ) F Air Force<br>( ) H Public Health<br>( ) M Marine<br>( ) N Navy<br>( ) O NOAA<br>( ) P Family Member<br>( ) Q Civil Service<br>( ) R Civilian<br>( ) S Contractor<br>( ) T Other Gov. Empl.<br>( ) U Foreign Nat'l Empl.<br>( ) V Other Foreign Nat'l<br>( ) W Retired Military | 1g. DOB (YYYY/MM/DD): [redacted] | 1h. POB: City, State, Country: OKLAHOMA CITY, OK US | 1i. Grade E-4 | 1j. Home Phone: 440-2801 | 1k. Work Phone: 440-2801 |
| | 1l. Nicknames/Alias: | | | 1m. Component: ( ) G Nat'l Guard<br>( X ) R Regular<br>( ) V Reserves | |
| | 1n. Drivers Lic. Number: | | 1o. Is License ( ) Foreign ( ) International ( ) State ____ Other (Specify): | | |
| | 2a. Organization, UIC, And Street Address:<br>WCAX01  6TH ASG | 2b. Installation/City: APO | 2d. Zip/APO: 09131 | | |
| | | 2c. State/Country: AE | 2e. Unit Phone: | | |
| | 3a. Residence Street Address:<br>AST-GARMISCH | 3b. Installation/City: APO | 3d. Zip/APO: 09053 | | |
| | | 3c. State/Country: AE | | | |

| 4a. DD Form 2701 Provided Witness: ( ) Yes ( X ) No | 4b. If Not Provided, Why Not? ( ) Declined ( X ) Not Required |
|---|---|

**This form is a continuation of SECTION V, DA Form 3975.**
**Please attach it to DA Form 3975 when completed.**
For use of this form see AR 190-45; the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 United States Code Section 301; Title 5 United States Code Section 2951; Executive Order 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified
**ROUTINE USES:** Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURES:** Disclosure of your Social Security Number is voluntary.

DA FORM 3975-4, DEC 1998    00014-00-MPC937    Page 9 of 10 Pages

**FOR OFFICIAL USE ONLY**

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section V - Additional Persons Related To Report

| 1a. Person Related To Report Number: 6 | 1b. Status: ( ) Civil Authorities ( ) Complaint ( X ) Military Police ( ) Sponsor ( ) Witness |
|---|---|

| 1c. Name (Last, First, Middle Name, JR., Sr., III): CLARK, RANDY NMN | 1d. SSN/FNN/Alien Reg No: | 1e. Citizenship: ( X ) US ( ) Resident Alien ( ) Country (Specify): US |
|---|---|---|

| 1f. Category: <br> ( X ) A Army <br> ( ) C Coast Guard <br> ( ) F Air Force <br> ( ) H Public Health <br> ( ) M Marine <br> ( ) N Navy <br> ( ) O NOAA <br> ( ) P Family Member <br> ( ) Q Civil Service <br> ( ) R Civilian <br> ( ) S Contractor <br> ( ) T Other Gov. Empl. <br> ( ) U Foreign Nat'l Empl. <br> ( ) V Other Foreign Nat'l <br> ( ) W Retired Military | 1g. DOB (YYYY/MM/DD): | 1h. POB: City, State, Country: DAYTON, OH US | 1i. Grade E-6 | 1j. Home Phone: 440-2827 | 1k. Work Phone: 440-2827 |
|---|---|---|---|---|---|
| | 1l. Nicknames/Alias: | | | 1m. Component: ( ) G Nat'l Guard ( X ) R Regular ( ) V Reserves | |
| | 1n. Drivers Lic. Number: | | 1o. Is License ( ) Foreign ( ) International ( ) State _____ Other (Specify): | | |
| | 2a. Organization, UIC, And Street Address: WCAX01 6TH ASG | | 2b. Installation/City: APO | | 2d. Zip/APO: 09131 |
| | | | 2c. State/Country: AE | | 2e. Unit Phone: |
| | 3a. Residence Street Address: | | 3b. Installation/City: | | 3d. Zip/APO: |
| | | | 3c. State/Country: | | |

| 4a. DD Form 2701 Provided Witness: ( ) Yes ( X ) No | 4b. If Not Provided, Why Not? ( ) Declined ( X ) Not Required |
|---|---|

### Additional Persons Related To Report

| 1a. Person Related To Report Number: | 1b. Status: ( ) Civil Authorities ( ) Complaint ( ) Military Police ( ) Sponsor ( ) Witness |
|---|---|

| 1c. Name (Last, First, Middle Name, JR, Sr, III): | 1d. SSN/FNN/Alien Reg No: | 1e. Citizenship: ( ) US ( ) Resident Alien ( ) Country (Specify): |
|---|---|---|

| 1f. Category: <br> ( ) A Army <br> ( ) C Coast Guard <br> ( ) F Air Force <br> ( ) H Public Health <br> ( ) M Marine <br> ( ) N Navy <br> ( ) O NOAA <br> ( ) P Family Member <br> ( ) Q Civil Service <br> ( ) R Civilian <br> ( ) S Contractor <br> ( ) T Other Gov. Empl. <br> ( ) U Foreign Nat'l Empl. <br> ( ) V Other Foreign Nat'l <br> ( ) W Retired Military | 1g. DOB (YYYY/MM/DD): | 1h. POB: City, State, Country: | 1i. Grade | 1j. Home Phone: | 1k. Work Phone: |
|---|---|---|---|---|---|
| | 1l. Nicknames/Alias: | | | 1m. Component: ( ) G Nat'l Guard ( ) R Regular ( ) V Reserves | |
| | 1n. Drivers Lic. Number: | | 1o. Is License ( ) Foreign ( ) International ( ) State _____ Other (Specify): | | |
| | 2a. Organization, UIC, And Street Address: | | 2b. Installation/City: | | 2d. Zip/APO: |
| | | | 2c. State/Country: | | 2e. Unit Phone: |
| | 3a. Residence Street Address: | | 3b. Installation/City: | | 3d. Zip/APO: |
| | | | 3c. State/Country: | | |

| 4a. DD Form 2701 Provided Witness: ( ) Yes ( ) No | 4b. If Not Provided, Why Not? ( ) Declined ( ) Not Required |
|---|---|

**This form is a continuation of SECTION V, DA Form 3975.**
**Please attach it to DA Form 3975 when completed.**
For use of this form see AR 190-45; the proponent agency is CDCSOPS

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 United States Code Section 301; Title 5 United States Code Section 2951; Executive Order 9397 dated November 22, 1943 (SSN)
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified
**ROUTINE USES:** Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURES:** Disclosure of your Social Security Number is voluntary.

DA FORM 3975-4, DEC 1998        00014-00-MPC937        Page 10 of 10 Pages

**FOR OFFICIAL USE ONLY**

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section VI - Property  (For additional properties, complete DA Form 3975-5)

| 1a. Item No: | 1b. Code: | 1c. Quantity: | 1d. Value: | 1e. Description | | 1f. Serial Number: |
|---|---|---|---|---|---|---|

1g. Date Recovered (YYYY/MM/DD):  1h. Date Returned (YYYY/MM/DD):  1i. Security: ( ) S Secured  ( ) U Unsecured  ( ) Z Unknown
1j. Property Ownership: ( ) A Federal  ( ) B State  ( ) C City  ( ) D County/Borough  ( ) E Foreign Govt.  ( ) F Private  ( ) U Unknown
1k. Property Loss Type (Check All That Apply): ( ) 1 None  ( ) 2 Burned  ( ) 3 Counterfeited/Forged  ( ) 4 Damaged/Destroyed/Vandalized
( ) 5 Recovered  ( ) 6 Seized  ( ) 7 Stolen

| 1a. Item No: | 1b. Code: | 1c. Quantity: | 1d. Value: | 1e. Description | 1f. Serial Number: |
|---|---|---|---|---|---|

1g. Date Recovered (YYYY/MM/DD):  1h. Date Returned (YYYY/MM/DD):  1i. Security: ( ) S Secured  ( ) U Unsecured  ( ) Z Unknown
1j. Property Ownership: ( ) A Federal  ( ) B State  ( ) C City  ( ) D County/Borough  ( ) E Foreign Govt.  ( ) F Private  ( ) U Unknown
1k. Property Loss Type (Check All That Apply): ( ) 1 None  ( ) 2 Burned  ( ) 3 Counterfeited/Forged  ( ) 4 Damaged/Destroyed/Vandalized
( ) 5 Recovered  ( ) 6 Seized  ( ) 7 Stolen

### Property Description Code Table

| | | | |
|---|---|---|---|
| 01 Aircraft | 12 Farm Equipment | 23 Office-Type Equipment | 34 Structures-Storage |
| 02 Alcohol | 13 Firearms | 24 Other Motor Vehicles | 35 Structures-Other |
| 03 Automobile | 14 Gambling Equipment | 25 Purse/Handbag/Wallet | 36 Tools/Hand and Power |
| 04 Bicycle | 15 Heavy Construction Equipment | 26 Radio/TV/VCR | 37 Trucks |
| 05 Buses | 16 Household Goods | 27 Audio/Visual Recording | 38 Vehicle Parts/Accessories |
| 06 Clothing/Furs | 17 Jewelry/Precious Metals | 28 Recreational Vehicle | 39 Watercraft |
| 07 Computer Hardware/Software | 18 Livestock | 29 Structure-Single Occupancy | 40 Other (Specify): |
| 08 Consumable Goods | 19 Merchandise | 30 Structures-Other-Dwellings | |
| 09 Credit/Debit Cards | 20 Money | 31 Structures-Commercial/Business | |
| 10 Drugs/Narcotics (See Below) | 21 Negotiable Instruments | 32 Structures-Industry/Manufacturing | 41 Pending Inventory |
| 11 Drugs/Narcotics Equipment | 22 Non-Negotiable Instruments | 33 Structures-Public/Community | 42 Special Category |

Drug/Narcotic Measures: GM-Gram  KG-Kilogram  OZ-Ounce  LB-Pound  FO-Fluid Ounce  GL-Gallon  LT-Liter  ML-Milliliter  DU-Dosage Unit  NP-Number of Plants

## Section VII - Narrative

AT 0030HRS, 19 JAN 00, STEWART TELEPHONICALLY NOTIFIED THE MP STATION OF AN ASSAULT. INVESTIGATION BY CLARK AND PURSER REVEALED THAT BETWEEN THE ABOVE TIMES AND ON THE ABOVE DATE, CONLEY CONFRONTED LARSON AND EDWARDS ABOUT HAVING SNOWBALLS THROWN AT HIM. CONLEY THEN PUSHED AND STRUCK LARSON, BREAKING LARSON'S FRONT TOOTH. LARSON AND EDWARDS THEN STRUCK CONLEY IN THE LIP AND LEFT SIDE OF THE HEAD. CONLEY, LARSON AND EDWARDS WERE DETAINED AND TRANSPORTED TO THE MP STATION AND ADVISED OF THEIR LEGAL RIGHTS, WHICH THEY WAIVED. CONLEY RENDERED A WRITTEN SWORN STATEMENT DENYING THROWING SNOWBALLS OR PUNCHES. EDWARDS RENDERED A WRITTEN SWORN STATEMENT, ADMITTING TO STRIKING CONLEY TWICE AND WITNESSING LARSON STRIKE CONLEY. EDWARDS ALSO ADMITTED THROWING SNOWBALLS AT CONLEY. GARMISCH POLIZEI WERE NOTIFIED BUT DECLINED INVESTIGATION. CONLEY WAS ADMINISTERED A B.A.T. WHICH RESULTED IN A 0.7% PROMILLE READING. LARSON WAS ADMINISTERED A B.A.T. WITH A RESULT OF 0.03% PROMILLE. THIS CASE WAS COORDINATED WITH SJA (CPT DENNIS) WHO OPINED THAT THERE WAS SUFFICIENT EVIDENCE TO TITLE CONLEY, EDWARDS AND LARSON WITH THE ABOVE OFFENSE.

SUBJECT # 1:
PREVIOUS OFFENSE(S): 0 (NONE) AT THIS STATION.

SUBJECT # 2:
PREVIOUS OFFENSE(S): 0 (NONE) AT THIS STATION.

SUBJECT # 3:
PREVIOUS OFFENSE(S): 0 (NONE) AT THIS STATION.

MP REPORTS ARE EXEMPT FROM AUTOMATIC DISCLOSURE IAW THE PRIVACY ACT AND THE FREEDOM OF INFORMATION ACT.

THIS IS A FINAL REPORT.

| 1. Enclosures: | 2. Distribution: | 3. Name: | 4. Grade: |
|---|---|---|---|
| CONLEY, N<br>DD 1920, DA 3881, DA 2823, INFORMATION WORKSHEET<br>LARSON, J<br>DA 3881, DA 2823, INFORMATION WORKSHEET<br>EDWARDS, N<br>DA 3881, DA 2823, INFORMATION WORKSHEET<br>EOFF, T<br>Continued | 1-AFRC<br>1-CRC<br>1-FILE<br>1-SJA | RONALD S. COX<br>5. Title Of Reporting Official:<br>STATION COMMANDER<br>6. Signature: | SFC |

PAGE 4, DA FORM 3975, DEC 1998      00014-00-MPC937      Page 4 of 10 Pages

**FOR OFFICIAL USE ONLY**

CAUTION: THIS DOCUMENT IS THE PROPERTY OF U.S. ARMY CRIMINAL INVESTIGATION COMMAND FOR USE ONLY BY YOUR AGENCY

## Section VII - Narrative (Continued)

## Enclosures (Continued)

DA 2823, INFORMATION WORKSHEET
DA 2823, INFORMATION WORKSHEET
DA 2823, DA FM 3881, INFORMATION WORKSHEET
DA 2823
DA 2823

FOR OFFICIAL USE ONLY

b6, 7c

5 of 10

12