UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NEIL J. CONLEY,

    Plaintiff,

v.

THE UNITED STATES, et al.,

    Defendants.

Case No. 2:10-cv-444
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

### *NUNC PRO TUNC* ORDER

On January 20, 2012, the Court issued an Opinion and Order that contained a scrivener's error. (Doc. No. 74.) The reference to ".07%" in footnote one on page six should have read ".03%."

**IT IS SO ORDERED.**

\_\_\_8-20-2012_____
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE