AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**NEIL J. CONLEY,**

                   **Plaintiff,**

**vs.**

                                    **JUDGMENT IN A CIVIL CASE**

**THE UNITED STATES, et al.,**      **CASE NO.  C2-10-444**
                                       **JUDGE EDMUND A. SARGUS, JR.**
                                     **MAGISTRATE JUDGE NORAH MCCANN KING**

                **Defendants.**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed August 20, 2012 and the Court's January 20, 2012 Opinion and Order, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 20, 2012                JAMES BONINI, CLERK

                                */S/ Andy F. Quisumbing*     
                                (By) Andy F. Quisumbing
                               Courtroom Deputy Clerk